ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 3 2004

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

| | |
|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., § § § Plaintiff, § § v. § § NEW CENTURY MORTGAGE CORP., § ET AL., § § Defendants. § | Civil Action No. 3:03-CV-0257-N |

## ORDER

It is hereby ORDERED than a preliminary hearing is scheduled in this case on Thursday, January 15, 2004, at 10:00 a.m. on Plaintiff's Motion for Contempt filed December 31, 2003. The hearing will be held in Courtroom 1351. The Court will consider: whether the Motion can be resolved on the record before the Court; if not, what discovery may be necessary; and what, if any, modification to existing orders may be appropriate.

It is further ORDERED that each side will be given thirty minutes. No evidence will be received at this hearing. If the Court determines that an evidentiary hearing is needed, it will be scheduled by further order.

SIGNED this ___13___ day of January, 2004.

_____
David C. Godbey
United States District Judge