

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
APR 14 2004
CLERK, U.S. DISTRICT COURT

ORIGINAL

| | | |
|---|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 3:03-CV-0257-N |
| NEW CENTURY MORTGAGE CORPORATION, *et al.*, | § § § § | |
| Defendants. | § | |

### PLAINTIFF'S MOTION TO SEAL ITS MOTION TO COMPEL PRODUCTION OF REDACTION LOG, BRIEF IN SUPPORT, AND APPENDIX

TO THE HONORABLE JUDGE DAVID C. GODBEY:

Pursuant to Local Rule 79.3, Plaintiff respectfully requests leave of the Court to file under seal *Plaintiff's Motion to Compel Production of Redaction Log and Brief in Support* and *Appendix to Plaintiff's Motion to Compel Production of Redaction Log and Brief in Support*, which accompanies this paper. It is appropriate to file these papers under seal because they contain materials that have been designated by the Defendants as "Highly Confidential" under the Court's protective orders. A proposed order is attached for the Court's consideration and signature.

-1-

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF**
**POSITIVE SOFTWARE SOLUTIONS, INC.**

W. RALPH CANADA, JR.
State Bar No. 03733800
MICHAEL W. SHORE
State Bar No. 18294915
ALFONSO GARCIA CHAN
State Bar No. 24012408

**SHORE ★ DEARY, L.L.P.**
2515 McKinney Avenue, Suite 1565
Dallas, Texas 75201
tel. 214-292-2600, fax 214-739-3879

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all the following on April 14, 2004:

*Via Fax 214-200-0465*
Mr. Robin Hartmann
Mr. Ronald Breaux
Mr. David McCombs
Haynes & Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202

*Via Fax 214-665-0832*
Mr. Barry Barnett
Ms. Ophelia Camiña
Susman Godfrey, L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202-3775

Alfonso Garcia Chan