ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 1 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| POSITIVE SOFTWARE SOLUTIONS, INC., § § § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:03-CV-0257-N |
| § | |
| NEW CENTURY MORTGAGE CORP., ET AL., § § | |
| § | |
| Defendants. § | |

## ORDER

It is hereby ORDERED that a hearing is scheduled in this case on Wednesday, July 14, 2004, at 1:00 p.m. on all of Plaintiff's and Defendants' motions for contempt. Each party may offer direct testimony in the form of an affidavit, declaration or deposition provided that the witness is available for cross examination. The hearing will be held in Courtroom 1351.

It is further ORDERED that any motions that might affect going forward with the hearing, such as motions for continuance or motions to disqualify, must be filed no later than July 9, 2004.

SIGNED this ____ day of July, 2004.

_____
David C. Godbey
United States District Judge

ORDER - SOLO PAGE